# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KON,<br>      Petitioner,<br><br>  v.<br><br>ROSEMARY NDOH,<br>      Respondent. | No. SACV 16-397-SVW (SK)<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's order granting the Petition for a Writ of Habeas Corpus, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the State of California must retry or release Petitioner within 45 days.

**IT IS SO ORDERED.**

Date: May 17, 2021

HON. STEPHEN V. WILSON
United States District Judge